

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

     - v. -

XING LIN,
    a/k/a "Ding Pa," and
HAO CHAO,
    a/k/a "Little Beijing,"

         Defendants.
- - - - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

11 Cr.

**11 CRIM 114**

## COUNT ONE

The Grand Jury charges:

1. On or about July 30, 2004, in the Southern District of New York and elsewhere, XING LIN, a/k/a "Ding Pa," and HAO CHAO, a/k/a "Little Beijing," the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, a conspiracy to commit extortion in violation of Title 18, United States Code, Section 1951, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, and in the course of that crime did cause the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, LIN directed CHAO to shoot Chang Qin Zhou inside a club in Queens, New York, and CHAO did shoot Zhou as well as two bystanders, Mei Ying Li and "Victim-3", killing

Zhou and Li, and wounding "Victim-3."

(Title 18, United States Code, Sections 924(j)(1) and 2.)

_____  _____
FOREPERSON                     PREET BHARARA
                               United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

XING LIN, a/k/a "Ding Pa," and
HAO CHAO, a/k/a "Little Beijing,"

Defendants.

---

**SEALED INDICTMENT**

11 Cr. _____

(Title 18, United States Code, Sections 924(j)(1) and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.