**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 03 2014

## NOTICE OF APPEAL

**United States District Court**

SOUTHERN District of New York

Caption:

UNITED STATES OF AMERICA
v.
LIN XING

Docket No.: 11 CR 114 (MBC)
CEDARBAUM
(District Court Judge)

Notice is hereby given that ___LIN XING___ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ___AND SENTENCE___ (specify)
entered in this action on ___10/29/14___ (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] (trial) [ ] N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: ___10/21/14___ N/A [ ]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: JOEL S. COHEN
Counsel's Address: 225 BROADWAY
NY NY 10007
Counsel's Phone: 212-571-8899

Assistant U.S. Attorney: PETER SKINNER, JENNIFER BURNS
AUSA's Address: ONE ST. ANDREWS PLAZA
NY NY
AUSA's Phone: 212-637-2200

Signature