USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

XING LIN,

               Defendant.

------------------------------------------------------------x

11-cr-114 (SHS)

ORDER

SIDNEY H. STEIN, U.S.D.J.

      In the mandate issued on February 27, 2020, the U.S. Court of Appeals for the Second Circuit (1) vacated defendant's judgment of conviction on the 18 U.S.C. § 924(j) count in its entirety; and (2) affirmed the judgment of conviction on all other counts except as to sentence, which they vacated and remanded to allow this Court to reconsider the appropriate sentence for defendant's crimes in the absence of his now-vacated § 924(j) conviction. Accordingly,

      IT IS HEREBY ORDERED that:

1. The U.S. Probation Office has advised the Court that the supplemental presentence investigation report will be submitted on or before March 27, 2020;

2. Any defense submission is due by April 17, 2020;

3. Any government submission is due by May 1, 2020; and

4. The resentencing will take place on May 15, 2020, at 11:00 a.m.

Dated: New York, New York
       March 2, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.