USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 11-Cr-114 (SHS)

       -v-  :

XING LIN,  :  ORDER

           Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of defendant's attorney, Megan Benett [Doc. No. 97],

IT IS HEREBY ORDERED that:

1. The defendant's sentencing submission is due on or before August 31, 2020;

2. The government's submission is due on or before September 7, 2020; and

3. The resentencing of this defendant is scheduled for September 14, 2020, at 2:30 p.m.

Dated: New York, New York
       March 12, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.