UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  11-Cr-114 (SHS)

-v-  :  ORDER

XING LIN,  :

        Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant's attorney having requested an adjournment of defendant's resentencing,

    IT IS HEREBY ORDERED that:

    1.    The defendant's sentencing submissions are due by April 7, 2022;

    2.    The government's sentencing submissions are due by April 14, 2022; and

    3.    The sentencing is adjourned to April 28, 2022, at 11:00 a.m.

Dated: New York, New York
       March 18, 2022

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.