UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-114 (SHS) |
| -v- | : | <u>ORDER</u> |
| XING LIN, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant's resentencing is adjourned to June 8, 2022, at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
       May 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.