

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2022

**BY ECF**

Honorable Sidney H. Stein          **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

### Re:    *United States v. Xing Lin*, **11 Cr. 114 (SHS)**

Dear Judge Stein:

The Government respectfully requests an adjournment of the date to file its sentencing submission. The Court recently ordered an adjournment to avoid the need for additional requests, setting the deadline for the defense submission on May 12, 2022 and the Government's deadline on May 19. (Dkt. No. 114). Undersigned counsel for the Government, however, is scheduled to begin a trial before Judge Furman on May 16. *See United States v. Cesar Abreu*, 21 Cr. 300 (JMF). Accordingly, and to avoid making any additional requests, the Government respectfully requests that the deadline for its submission be adjourned to May 30, with a related one-week adjournment for the defense submission. Defense counsel does not object to these requests.

The Government is not seeking to adjourn the sentencing date of June 8, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/

Andrew Rohrbach
CC:    Defense counsel (by ECF)          Assistant United States Attorney
(212) 637-2345

**The defense submissions are due by May 19, 2022, the government submissions are due by May 30, 2022. The sentencing remains at June 8 at 2:30 p.m.**

Dated: New York, New York
May 6, 2022          SO ORDERED:

Sidney H. Stein, U.S.D.J.